UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLE ANN ASKINS, | : | |
| | : | |
| Plaintiff | : | No. 3:13-CV-2415 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Comissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

FILED
SCRANTON
OCT 3 1 2014

PER _____
DEPUTY CLERK

## ORDER

**NOW**, this 31st day of October, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **DENIED**;

2. The decision of the Commissioner of the Social Security Administration denying Carole Ann Askins supplemental security income is **AFFIRMED**;

3. The Clerk of Court shall **CLOSE** this case.

_____
United States District Judge